HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
Oliver Lopez Alvarado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:16-CR-206-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE, AND TO EXCLUDE TIME |
| OLIVER LOPEZ ALVARADO, AND MARCO ANTONIO ESQUIVEL-CORNEJO, | ) Date:  December 7, 2016<br>) Time:  10:00 A.M.<br>) Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Phillip A. Talbert,  through Assistant United States Attorney Samuel Wong,  attorney for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Douglas J. Beevers, attorney for defendant Oliver Lopez Alvarado; Clemente Jimenez, attorney for defendant Marco Antonio Esquivel-Cornejo; and Dina Lee Santos, attorney for Jesus Argel Esquivel-Cornejo; that the previously-scheduled status conference date of December 7, 2016 be vacated and the matter be set for status conference on January 12, 2017 at 10:00 a.m.

Additional discovery of approximately 24,000 items (document pages, photographs, videos, audio recordings)  is being provided and defense counsel requires additional time to

1  review discovery, conduct additional investigation and legal research, and confer with clients
2  about discovery.
3      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
4  excluded from the date of this stipulation, November 28, 2016, through and including January
5  12, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and
6  General Order 479, Local Code T4 based upon defense preparation.
7      All counsel and the defendants also agree that the ends of justice served by the Court
8  granting this continuance outweigh the best interests of the public and the defendants in a speedy
9  trial.

    Respectfully submitted,

Dated:  November 28, 2016    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Douglas J. Beevers*
    DOUGLAS J. BEEVERS
    Assistant Federal Defender
    Attorney for Defendant
    Oliver Lopez Alvarado

Dated: November 28, 2016    */s/ Douglas J. Beevers for*
    CLEMENTE JIMENEZ
    Attorney for Defendant
    Marco Antonio Esquivel-Cornejo

Dated: November 28, 2016    */s/ Douglas J. Beevers for*
    DINA LEE SANTOS
    Attorney for Defendant
    Jesus Argel Esquivel-Cornejo

Dated: November 28, 2016    Phillip A. Talbert
    United States Attorney

    By:    */s/ Douglas J. Beevers for*
    SAMUEL WONG
    Assistant U.S. Attorney
    Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  It further finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties' stipulation, November 28, 2016,  up to and including January 12, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4).  It is further ordered the December 7, 2016 status conference shall be continued until January 12, 2017, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:  November 29, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE