HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Sean_riordan@fd.org

Attorney for Defendant
OLIVER LOPEZ ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-206-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| OLIVER LOPEZ ALVARADO, AND MARCO ANTONIO ESQUIVEL-CORNEJO, | Date: January 12, 2017<br>Time: 10:00 A.M.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Wong, attorney for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Sean Riordan, attorney for defendant Oliver Lopez Alvarado; Clemente Jimenez, attorney for defendant Marco Antonio Esquivel-Cornejo; and Dina Lee Santos, attorney for Jesus Argel Esquivel-Cornejo; that the previously scheduled status conference date of January 12, 2017 be vacated and the matter be set for status conference on March 2, 2017 at 10:00 a.m.

The reasons for the continuance are that Sean Riordan has recently been assigned to represent Defendant, Oliver Lopez Alvarado. Mr. Riordan requires time to review discovery of approximately 24,000 items (document pages, photographs, videos, audio recordings) provided

1  and defense counsel requires additional time to review discovery, conduct additional

2  investigation and legal research, and confer with clients about a resolution of this matter.

3      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

4  excluded from the date of this stipulation, January 10, 2017, through and including March 2,

5  2017;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to for defense counsel

6  to prepare] and General Order 479, Local Code T4 based upon defense preparation.

7      All counsel and the defendants also agree that:  (1) the failure to grant the requested

8  continuance would deny defense counsel reasonable time necessary for effective preparation,

9  taking into account the exercise of due diligence; and (2)  the ends of justice served by the Court

10  granting this continuance outweigh the best interests of the public and the defendants in a speedy

11  trial.

    Respectfully submitted,

Dated:  January 10, 2017    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Sean Riordan*
    SEAN RIORDAN
    Assistant Federal Defender
    Attorney for Defendant
    Oliver Lopez Alvarado

Dated: January 10, 2017    */s/ Clemente Jimenez*
    CLEMENTE JIMENEZ
    Attorney for Defendant
    MARCO ANTONIO ESQUIVEL-CORNEJO

Dated: January 10, 2017    */s/ Dina Santos*
    DINA LEE SANTOS
    Attorney for Defendant
    JESUS ARGEL ESQUIVEL-CORNEJO

Dated: January 10, 2017    Phillip A. Talbert
    United States Attorney

    By:    */s/ Samuel Wong*
    SAMUEL WONG
    Assistant U.S. Attorney
    Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties' stipulation, January 10, 2017,  up to and including March 2, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 12, 2017 status conference shall be continued until March 2, 2017, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:  January 19, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE