HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Sean_riordan@fd.org

Attorney for Defendant
OLIVER LOPEZ ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:16-cr-206-MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE, AND TO EXCLUDE |
| vs. | ) TIME |
| | ) |
| MARCO ANTONIO ESQUIVEL-CORNEJO, et al., | ) Date:  August 3, 2017 |
| | ) Time:  10:00 A.M. |
| | ) Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, United States Attorney Phillip A. Talbert,  through Assistant United States

Attorney Samuel Wong,  attorney for Plaintiff; Federal Defender Heather Williams, through

Assistant Federal Defender Sean Riordan, attorney for defendant Oliver Lopez Alvarado;

Clemente Jimenez, attorney for defendant Marco Antonio Esquivel-Cornejo; and Dina Lee

Santos, attorney for Jesus Argel Esquivel-Cornejo; that the previously scheduled status

conference date of August 3, 2017 be vacated and the matter be set for status conference on

September 14, 2017 at 10:00 a.m.

The reasons for the continuance are that defense counsel require time to review discovery

of approximately 24,000 items (document pages, photographs, videos, audio recordings),

Stipulation to Continue                    -1-

1    conduct additional investigation and legal research, and confer with clients about a resolution of

2    this matter.

3         Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

4    excluded from the date of this stipulation, August 1, 2017, through and including September 14,

5    2017;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to for defense counsel

6    to prepare] and General Order 479, Local Code T4 based upon defense preparation.

7         All counsel and the defendants also agree that: (1) the failure to grant the requested

8    continuance would deny defense counsel reasonable time necessary for effective preparation,

9    taking into account the exercise of due diligence; and (2)  the ends of justice served by the Court

10   granting this continuance outweigh the best interests of the public and the defendants in a speedy

11   trial.

12                                        Respectfully submitted,

13   Dated:  August 1, 2017              HEATHER E. WILLIAMS
                                         Federal Defender
14
                                         */s/ Sean Riordan*
15                                       SEAN RIORDAN
                                         Assistant Federal Defender
16                                       Attorney for Defendant
                                         Oliver Lopez Alvarado
17
18   Dated: August 1, 2017              */s/ Clemente Jimenez*
                                         CLEMENTE JIMENEZ
                                         Attorney for Defendant
19                                       MARCO ANTONIO ESQUIVEL-CORNEJO

20   Dated: August 1, 2017              */s/ Dina Santos*
                                         DINA LEE SANTOS
21                                       Attorney for Defendant
                                         JESUS ARGEL ESQUIVEL-CORNEJO
22
     Dated: August 1, 2017              Phillip A. Talbert
23                                       United States Attorney

24                                 By:   */s/ Samuel Wong*
                                         SAMUEL WONG
25                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
26

27

28

     Stipulation to Continue                    -2-

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties' stipulation, August 1, 2017, up to and including September 14, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 3, 2017 status conference shall be continued until September 14, 2017, at 10:00 a.m.

IT IS SO ORDERED.

**Dated: August 7, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE