HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Sean_riordan@fd.org

Attorney for Defendant
OLIVER LOPEZ ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-206-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| OLIVER LOPEZ ALVARADO, AND MARCO ANTONIO ESQUIVEL-CORNEJO, | Date: November 30, 2017<br>Time: 10:00 A.M.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel Wong, attorney for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Sean Riordan, attorney for defendant Oliver Lopez Alvarado; and Clemente Jimenez, attorney for defendant Marco Antonio Esquivel-Cornejo; that the previously scheduled status conference date of November 30, 2017 be vacated and the matter be set for status conference on January 25, 2018 at 10:00 a.m.

Counsel require additional time to review discovery of approximately 24,000 items (document pages, photographs, videos, audio recordings) provided and to conduct additional investigation and legal research, and confer with clients about a resolution of this matter.

Based upon the foregoing, the parties agree that the Court should find and order: (1) the

Stipulation to Continue -1-

failure to grant the continuance requested by defendants would deny defense counsel reasonable time necesssary for effective preparation, taking into account the exercise of due diligence; and (2) time within which the trial of this matter must be commenced under the Speedy Trial Act should be excluded from the date of this stipulation, November 28, 2017, through and including January 25, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

All counsel and the defendants also agree that the Court should find and order the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: November 28, 2017          HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Sean Riordan*
                                  SEAN RIORDAN
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  Oliver Lopez Alvarado

Dated: November 28, 2017          */s/ Clemente Jimenez*
                                  CLEMENTE JIMENEZ
                                  Attorney for Defendant
                                  MARCO ANTONIO ESQUIVEL-CORNEJO

Dated: November 28, 2017          Phillip A. Talbert
                                  United States Attorney

                           By:    */s/ Samuel Wong*
                                  SAMUEL WONG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties' stipulation, November 28, 2017, up to and including January 25, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 30, 2017 status conference shall be continued until January 25, 2018, at 10:00 a.m.

IT IS SO ORDERED.

**Dated: November 30, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE