| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772 |
| 5 | |
| 6 | Attorneys for plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-206-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| MARCO ANTONIO ESQUIVEL-CORNEJO, et al., | |
| Defendants. | Date: January 25, 2018<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Marco Antonio Esquivel-Cornejo and Oliver Lopez Alvarado, on the other hand, through their respective attorneys, that the presently set January 25, 2018, at 10:00 a.m., status conference hearing shall be continued by the Court to March 8, 2018, at 10:00 a.m., to allow respective counsel for the each defendant to review discovery produced by the United States, conduct their independent investigation into the facts and applicable law, interview witnesses, discuss with their client potential pretrial resolution, and otherwise prepare their client's defense. In addition, AFD Sean Riordan, attorney for defendant Alvarado needs additional time to consult with his client, and gather and produce to the United States mitigating evidence that Alvarado wants the United States to consider in settling this case.

The parties agree and request that the Court find that: (1) the failure to grant this requested continuance would deny respective counsel for each defendant reasonable time necessary for

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME

1

effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 23, 2018, to and including the March 8, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow respective counsel for each defendant reasonable time necessary for effective preparation of their client's defenses.

Dated: January 23, 2018  /s/ Clemente Jimenez  
_____  
CLEMENTE JIMENEZ  
Attorney for defendant  
MARCO ANTONIO ESQUIVEL-CORNEJO  
(Per email authorization)

Dated: January 23, 2018  /s/ Sean Riordan  
_____  
SEAN RIORDAN  
Assistant Federal Defender  
Attorney for defendant  
OLIVER LOPEZ ALVARADO  
(Per personal authorization)

Dated: January 23, 2018  MCGREGOR W. SCOTT  
United States Attorney

By: /s/ Samuel Wong  
_____  
SAMUEL WONG  
Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set January 25, 2018, at 10:00 a.m., status conference hearing shall be continued to March 8, 2018, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny respective counsel for each defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, January 23, 2018, to and including the March 8, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow respective counsel for each defendant reasonable time necessary for effective preparation of their client's defenses.

IT IS SO ORDERED.

Dated: January 24, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE