MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-206-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| MARCO ANTONIO ESQUIVEL-CORNEJO, et al., | |
| Defendants. | Date: April 19, 2018<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Marco Antonio Esquivel-Cornejo and Oliver Lopez Alvarado, on the other hand, through their respective attorneys, that the presently set April 19, 2018, at 10:00 a.m., status conference hearing shall be continued by the Court to June 21, 2018, at 10:00 a.m., to allow respective counsel for the each defendant to review discovery produced by the United States, conduct their independent investigation into the facts and applicable law, interview witnesses, discuss with their client potential pretrial resolution, and otherwise prepare their client's defense. In addition, AFD Sean Riordan, attorney for defendant Alvarado is unavailable to attend the April 19, 2018, status conference due to a scheduling conflict and AFD Riordan needs additional time to consult with his client, and gather and produce to the United States mitigating evidence that Alvarado wants the United States to consider in settling this case. Moreover, the United States

1

1   recently provided a proposed plea agreement to Clemente Jimenez, Esq., who needs additional time

2   to arrange for a Spanish/English language interpreter to work with him to explain the indictment,

3   plea agreement, sentencing guidelines, and Rule 11 to his client, defendant Marco Antonio Esquivel-

4   Cornejo.

5        The parties agree and request that the Court find that: (1) the failure to grant this requested

6   continuance would deny respective counsel for each defendant reasonable time necessary for

7   effective preparation, taking into account the exercise of due diligence, and deny defendant Alvarado

8   continuity of counsel; and (2) the ends of justice served by continuing the case as requested outweigh

9   the best interests of the public and the defendants in a trial in a speedy trial.

10       The parties further agree and request that the Court order for the purpose of computing time

11   under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must

12   commence, the time period from the date of this stipulation, April 17, 2018, to and including the June

13   21, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and

14   ///

15   ///

16   ///

1   B(iv) and Local Code T4 to allow respective counsel for each defendant reasonable time necessary

2   for effective preparation of their client's defenses and to allow Alvarado continuity of counsel.

3        Dated:  April 17, 2018       */s/ Clemente Jimenez*

4                                               _____

5                                               CLEMENTE JIMENEZ
    Attorney for defendant
    MARCO ANTONIO ESQUIVEL-CORNEJO

6   (Per email authorization)

7

8        Dated:  April 17, 2018       */s/ Sean Riordan*

9                                               _____
    SEAN RIORDAN
    Assistant Federal Defender

10  Attorney for defendant
    OLIVER LOPEZ ALVARADO

11  (Per email authorization)

12

13       Dated:  April 17, 2018       MCGREGOR W. SCOTT
    United States Attorney

14

15                                          */s/ Samuel Wong*
    By:    _____

16                                              SAMUEL WONG
    Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set April 19, 2018, at 10:00 a.m., status conference hearing shall be continued to June 21, 2018, at 10:00 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny respective counsel for each defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny defendant Alvarado continuity of counsel and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a trial in a speedy trial.

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of the parties' stipulation, April 17, 2018, to and including the June 21, 2018, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow respective counsel for each defendant reasonable time necessary for effective preparation of their client's defenses and allow Alvarado continuity of counsel.

IT IS SO ORDERED.

Dated: April 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE