CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Marco Esquivel-Cornejo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-206 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| MARCO ESQUIVEL-CORNEJO, | Date: July 19, 2018 |
| Defendant | Time: 10:00 a.m. |
| | Court: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, counsel for plaintiff United States of America, and attorney Clemente M. Jiménez, counsel for defendant Marco Antonio Esquivel-Cornejo, that the status conference/possible change of plea hearing currently scheduled for July 19, 2018, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on September 13, 2018, at 10:00 a.m. Defense counsel is in the process of securing the appointment of advisory counsel for Mr. Esquivel-Cornejo. Advisory counsel will require substantial additional time to review the discovery produced by the United States, including tracker warrants, multiple search warrants, surveillance photographs, and video recordings; conduct legal research; and confer with Mr. Esquivel-Cornejo regarding his possible defenses and the consequences of resolution of this case by guilty plea compared to proceeding to trial.

IT IS FURTHER STIPULATED the Court find and order that: 1) denial of the defendant's request for additional time would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 2) time from the date of the parties' stipulation, July 17, 2018, to and including the September 13, 2018, status date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 3) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

McGREGOR W. SCOTT
United States Attorney

DATED: July 17, 2018 By: */s/ Samuel Wong*
SAMUEL WONG
Assistant United States Attorney
Attorney for plaintiff
United States of America


DATED: July 17, 2018 */s/ Clemente M. Jiménez*
CLEMENTE M. JIMÉNEZ
Attorney for defendant
Marco Antonio Esquivel-Cornejo

# ORDER

The Court having, received, read, and considered the parties' stipulation, and good cause appearing therefrom, it is hereby ordered that the Court adopts the parties' stipulation in its entirety as its Order. The status conference/possible change of plea hearing in the above-entitled matter scheduled for July 19, 2018, at 10:00 a.m., is vacated and the matter continued to September 13, 2018, at 10:00 a.m.

Based on the parties' representations, the Court finds and orders that: 1) denial of the defendant Marco Antonio Esquivel-Cornejo's request for additional time would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 2) time from the date of the parties' stipulation, July 17, 2018, to and including the September 13, 2018, status date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq., pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 3) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE