UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    Case No. 2:16-cr-00206-MCE

                          Plaintiff,
          v.                                 **ORDER FOR RELEASE**

MARCO ANTONIO
ESQUIVEL-CORNEJO,

                          Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release MARCO ANTONIO ESQUIVEL-CORNEJO in case number 2:16-cr-00206-MCE, from custody for the following reason(s):

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:  Upon imposition of the time served sentence. |

Issued at Sacramento, California on January 10, 2019, at 10:37 a.m.

DATED:  January 10, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE