McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Fax: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-206-MCE |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| MARCO ANTONIO ESQUIVEL-CORNEJO, ET AL., | |
| Defendants. | |

Based upon the Motion for a Preliminary Order of Forfeiture filed by plaintiff United States of America, and for the reasons stated at bar, it is hereby ORDERED, ADJUDGED and DECREED:

1. The Indictment in this case charged defendant Marco Antonio Esquivel-Cornejo with: Count One - conspiracy to manufacture at least 100 marijuana plants, in violation of 21 U.S.C. §§ 846 and 841(a)(1); and Count Two - manufacture of at least 100 marijuana plants, in violation of 21 U.S.C. § 841(a)(1). The Indictment contains a Forfeiture Allegation seeking to forfeit all property "used, or intended to be used, in any manner or part to commit or to facilitate" the criminal offenses and that such assets are subject to forfeiture, pursuant 21 U.S.C. § 853(a), including: (1) $9,300 in United States Currency; (2) a 2004 Acura TSX, VIN: JH4CL96954C023761, License Number: 5GRX987; and (3) a 2007 GMC Truck, VIN: 2GTFK13Y371515312, License Number: 8G34629.

2. On September 13, 2018, defendant Marco Antonio Esquivel-Cornejo pled guilty to both

charges in the Indictment. *See* Docket 95.

3. On December 20, 2018, the United States filed a Motion for Preliminary Order of Forfeiture to forfeit: (1) $9,300 in United States Currency; (2) a 2004 Acura TSX, VIN: JH4CL96954C023761, License Number: 5GRX987; and (3) a 2007 GMC Truck, VIN: 2GTFK13Y371515312, License Number: 8G34629. *See* Docket 111 (seeking forfeiture pursuant to Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853(a)).

5. Pursuant to 21 U.S.C. § 853(a), defendant Marco Antonio Esquivel-Cornejo's interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law: (1) $9,300 in United States Currency; (2) a 2004 Acura TSX, VIN: JH4CL96954C023761, License Number: 5GRX987; and (3) a 2007 GMC Truck, VIN: 2GTFK13Y371515312, License Number: 8G34629.

6. The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of violations of 21 U.S.C. §§ 846 and 841(a)(1), and/or represents proceeds of violations of those statutes, as represented by defendant Marco Antonio Esquivel-Cornejo's guilty pleas to both criminal charges in the Indictment. *See* Docket 95.

7. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Homeland Security Investigation, Customs and Border Protection in its secure custody and control.

8. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

within thirty (30) days from receipt of direct written notice, whichever is earlier.

9. The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by 21 U.S.C. § 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

10. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: January 22, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE