McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCO ANTONIO ESQUIVEL-CORNEJO,<br>et al.,<br><br>　　　　Defendants. | 2:16-CR-00206-MCE<br><br>FINAL ORDER OF FORFEITURE |

On or about January 23, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the entry of plea and the Motion and Application for Preliminary Order of Forfeiture regarding defendant Marco Antonio Esquivel-Cornejo, forfeiting to the plaintiff United States of America the following property:

　　a.　Approximately $9,300.00 in U.S. Currency,
　　b.　2004 Acura TSX, VIN: JH4CL96954C023761, License Number: 5GRX987, and
　　c.　2007 GMC Truck, VIN: 2GTFK13Y371515312, License Number: 8G34629.

Beginning on January 25, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

Final Order of Forfeiture

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

    a. Araceli Gonzalez: A notice letter was sent via certified United States Postal Service (USPS) mail to Araceli Gonzalez at 1528 Victoria Drive, Modesto, CA 95351 on January 24, 2019. According to USPS Tracking, the envelope was delivered on January 26, 2019.

    b. Araceli Gonzalez: A notice letter was sent via certified USPS mail to Araceli Gonzalez at 1752 Denver Street, Modesto, CA 95358 on January 24, 2019. The envelope was returned to our office as "not deliverable as addressed, unable to forward" on March 5, 2019.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Marco Antonio Esquivel-Cornejo and Araceli Gonzalez:

    a. Approximately $9,300.00 in U.S. Currency,
    b. 2004 Acura TSX, VIN: JH4CL96954C023761, License Number: 5GRX987, and
    c. 2007 GMC Truck, VIN: 2GTFK13Y371515312, License Number: 8G34629.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return $162.00 in U.S. Currency to defendant Marco Antonio Esquivel-Cornejo through attorney Clemente M. Jiménez.

IT IS SO ORDERED.

Dated: April 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE